1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11
12   MARGARIT HAYRAPETYAN,        )  Case No. CV 13-847 JVS (MRW)
13                Plaintiff,       )
            vs.                    )  JUDGMENT
14                                 )
15   CAROLYN L. COLVIN,            )
     Acting Commissioner of Social )
16   Security,                     )
                                   )
17                Defendant.       )
     _____ )
18
19       Pursuant to the Order Dismissing this action,
20       IT IS ADJUDGED that Judgment is hereby entered dismissing this action
21   without prejudice.
22
23
24   DATE:  October 7, 2013          _____
                                     HON. JAMES V. SELNA
25                                   UNITED STATES DISTRICT JUDGE
26
27
28